UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| P H I AVIATION L L C | CIVIL ACTION NO. 19-cv-1509 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| TERRY MYERS ET AL | MAGISTRATE JUDGE WHITEHURST |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the lack of written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss for Failure to State a Claim and for Improper Venue, and alternatively, Motion for More Definite Statement [Doc. 17], filed by defendants, is DENIED in its entirety.

THUS DONE AND SIGNED at Lafayette, Louisiana, this the 15th day of December, 2020.

UNITED STATES DISTRICT JUDGE